COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-10-01049-CR |
| Style: | Jose Luis Bazan |
| | **v** The State of Texas |
| Date motion filed[*]: | January 16, 2013 |
| Type of motion: | Motion to Vacate and Withdraw Mandate |
| Party filing motion: | Appellant |

The motion is GRANTED. This Court ORDERS that the Clerk of the Court withdraw the mandate issued on January 14, 2013.

It is so ORDERED

Judge's signature: /s/ Jane Bland
                              Acting individually

Panel consists of Chief Justice Radack and Justices Bland and Huddle

Date: January 22, 2013